

February 14, 2025

**NOTICE OF SUSPENSION FOR NON-PAYMENT OF FEES**

TO ALL JUDGES OF THE STATE, THE CLERK OF THE SUPREME COURT, THE GRIEVANCE ADMINISTRATOR OF THE ATTORNEY GRIEVANCE COMMISSION, AND THE EXECUTIVE DIRECTOR AND GENERAL COUNSEL OF THE ATTORNEY DISCIPLINE BOARD:

You are herewith advised that the following attorneys having failed to timely pay their State Bar fees, are, in accordance with Rule 4 of the Supreme Court Rules Concerning the State Bar of Michigan, suspended from active membership and are no longer entitled to practice law in this state as of **February 13, 2025**: (For the most current status of each attorney, see our member directory at www.michbar.org.)

| PNumber | FIRST NAME | LAST NAME | CITY | ST/PROV |
|---|---|---|---|---|
| P71694 | Aaron | Troost | Fairfax | VA |
| P72500 | Adam | Speier | Holly | MI |
| P80329 | Adam | Kessler | Birmingham | MI |
| P74108 | Adel | Fakhouri | Lathrup Village | MI |
| P80305 | Aisha | Farooqi | Detroit | MI |
| P26116 | Alec | Sturtz | Saginaw | MI |
| P83537 | Alexander | Bush | Twentynine Palms | CA |
| P29030 | Alexander | Kelin | Boca Raton | FL |
| P73858 | Alexander | Pfeiffle | Rockford | MI |
| P13291 | Alfred | Farha | Thalwil | CH |
| P21787 | Alfred | Varga | Winter Haven | FL |
| P84438 | Allison | Reich | Cleveland | OH |
| P74552 | Allison | Bungardas | Rio Rancho | NM |
| P25969 | Alphonse | Dalimonte | Grand Ledge | MI |
| P87163 | Alvin | Riley | Mount Clemens | MI |
| P78147 | Amy | Labenz | Detroit | MI |
| P24012 | Andrew | Barbas | Southfield | MI |
| P36244 | Andrew | Conway | Birmingham | MI |
| P44404 | Andrew | Ruden | West Bloomfield | MI |
| P70005 | Andrew | Erlewein | Farmington | CT |
| P72644 | Andrew | Rogers | Washington | DC |
| P74804 | Andrew | Brennan | Ada | MI |

| | | | | |
|---|---|---|---|---|
| P43211 | Angella | Castille | Washington | DC |
| P41412 | Ann | Stuursma | Holland | MI |
| P50964 | Ann | McElligatt | Waterford | MI |
| P67167 | AnneMarie | Schaub | Ann Arbor | MI |
| P75124 | April | Goff | Dallas | TX |
| P30360 | Archie | Brown | Ann Arbor | MI |
| P52139 | Archie | Lytle | Plymouth | MI |
| P83167 | Arielle | Zupmore | Detroit | MI |
| P29494 | Arthur | Oleinick | Ann Arbor | MI |
| P25478 | Barbara | Harvey | Detroit | MI |
| P63673 | Basil | Buchko | Milwaukee | WI |
| P75490 | Beth | Riffe | Sarasota | FL |
| P35537 | Bradley | Newman | Boynton Beach | FL |
| P67690 | Bradley | Wachler | Saint Louis | MO |
| P83861 | Brandon | Reed | Lansing | MI |
| P70900 | Brenna | Pelerin | Grosse Pointe Farms | MI |
| P26964 | Brian | Jordan | Denver | CO |
| P29658 | Brian | Legghio | Detroit | MI |
| P47927 | Bruce | Siegel | Pinckney | MI |
| P61915 | Bruce | Henderson | Detroit | MI |
| P66548 | Bryan | Eder | Washington | DC |
| P80471 | Bryan | Langepfeffer | Carolina Beach | NC |
| P31572 | Candyce | Sherman | West Bloomfield | MI |
| P81790 | Carl | Garvey | San Francisco | CA |
| P44360 | Carla | Graham | Farmington Hills | MI |
| P27350 | Carolyn | Harbin | Detroit | MI |
| P72795 | Carolyn | Perez | Washington | DC |
| P80752 | Carolyn | Weissbach | Houghton | MI |
| P70701 | Carrie | Smith | Naperville | IL |
| P79242 | Casimir | Cook | Ann Arbor | MI |
| P76566 | Channing | Eisenmann | Lambertville | MI |
| P82048 | Charles | Filips | Chicago | IL |
| P86814 | Charles | Britton | Lansing | MI |
| P19553 | Charles | Roehl | Grosse Pointe Farms | MI |
| P40343 | Charles | Becker | Grand Rapids | MI |
| P57490 | Charles | Kable | The Woodlands | TX |
| P75997 | Chaunte' | Sterling | Houston | TX |
| P73356 | Che | Peterson | Detroit | MI |
| P70306 | Christopher | Topa | Cumming | GA |

| P72820 | Christopher | Aguwa | Riviera Beach | FL |
|---|---|---|---|---|
| P74543 | Christopher | Machnacki | Farmington | MI |
| P45741 | Clara | DeQuick | Doraville | GA |
| P33415 | Clarice | Williams | Southfield | MI |
| P32642 | Claudia | Gartin | Detroit | MI |
| P54632 | Colleen | Totty | Saint Clair Shores | MI |
| P63831 | Colleen | Calandra | Denver | CO |
| P75806 | Cortney | Gibson | West Bloomfield | MI |
| P48006 | Cristin | Reid | Lansing | MI |
| P70792 | Crystal | Hopkins | Plano | TX |
| P55918 | Damon | White | Detroit | MI |
| P40731 | Daniel | Schnee | Colorado Springs | CO |
| P47058 | Daniel | Hollander | Southfield | MI |
| P55775 | Daniel | Buschle | Alma | MI |
| P66126 | Daniel | Lehman | Farmington Hills | MI |
| P82393 | David | Wiese | Chicago | IL |
| P82622 | David | Kohn | Oak Park | MI |
| P26945 | David | Thompson | Asheville | NC |
| P27658 | David | Stupak | Battle Creek | MI |
| P30563 | David | Budka | Clinton Township | MI |
| P31213 | David | Anderson | Bloomfield Hills | MI |
| P38609 | David | Hardesty | West Bloomfield | MI |
| P43203 | David | Nickola | Fenton | MI |
| P43983 | David | Smith | China | MI |
| P45019 | David | Schoolcraft | Fenton | MI |
| P45785 | David | Kotal | Troy | MI |
| P49849 | David | Clagett | Hastings | MI |
| P53098 | David | Gregory | Grand Rapids | MI |
| P57097 | David | Chasnick | Winter Garden | FL |
| P58971 | David | Saslow | Sarasota | FL |
| P76705 | David | Swiderski | Three Rivers | MI |
| P32484 | Deborah | Mitin | Okemos | MI |
| P34427 | Deborah | Servitto | Troy | MI |
| P39841 | Deborah | Dickson | Wolverine Lake | MI |
| P57792 | Deniz | Baser | New York | NY |
| P18247 | Dennis | Nettle | Macomb | MI |
| P25924 | Dennis | Goschka | Grosse Pointe Farms | MI |
| P38115 | Dennis | Hayes | Sawmill | AZ |
| P39762 | Dennis | Strong | Fort Myers | FL |

| | | | | |
|---|---|---|---|---|
| P52510 | Dennis | Brown | Glastonbury | CT |
| P51407 | Derek | D'Orazio | Wake Forest | NC |
| P84484 | Diana | Carmichael-Owens | Sterling Heights | MI |
| P27491 | Diann | Landers | East Grand Rapids | MI |
| P56664 | Dianne | Nitzsche | Thousand Oaks | CA |
| P64146 | Don | Blevins | Detroit | MI |
| P24406 | Donald | Gillain | Clinton Township | MI |
| P68131 | Dora | June | Rochester | MI |
| P24415 | Douglas | Johnson | Byron Center | MI |
| P30678 | Douglas | Moseley | Bloomfield Hills | MI |
| P42657 | Douglas | Duchek | Birmingham | MI |
| P38654 | Duane | Lewis | Toledo | OH |
| P46143 | Edward | Higgins | NOVI | MI |
| P74879 | Elizabeth | Quinto | Cambridge | ON |
| P37875 | Ellen | Carmody | Grand Rapids | MI |
| P51898 | Ellen | Throop | Columbia | MD |
| P76444 | Ellen | Schneider | Detroit | MI |
| P40394 | Elliot | Allen | Warren | MI |
| P86447 | Emily | Franks | Okemos | MI |
| P30243 | Emily | Bacon | Troy | MI |
| P56481 | Emily | Houh | Cincinnati | OH |
| P60277 | Eric | Carlson | Lansing | MI |
| P71630 | Eric | Wallis | Hoover | AL |
| P72935 | Erin | VanValkenburg | Kendall Park | NJ |
| P22807 | Ernest | McIntosh | Washington | DC |
| P84072 | Evan | Rosin | Detroit | MI |
| P18821 | Ferdinand | Peters | Bloomfield Hills | MI |
| P13543 | Francis | Fodale | Commerce Township | MI |
| P36559 | Francis | O'Neill | Shelby Township | MI |
| P70098 | Francis | Jones | Chestnut Hill | MA |
| P23918 | Frank | Willis | Kalamazoo | MI |
| P36839 | Frank | Lawrence | Livonia | MI |
| P29895 | Fred | Schmerberg | Saline | MI |
| P26313 | Frederick | Ecclestone | South Lyon | MI |
| P30811 | G. | Smith | South Haven | MI |
| P81161 | Gabrielle | McKee | Detroit | MI |
| P22961 | Gary | Colbert | Farmington Hills | MI |
| P23001 | Gary | Kress | Farmington | MI |
| P24356 | Gary | Piggott | Byron | IL |

| P31217 | Gary | Boren | Ann Arbor | MI |
| --- | --- | --- | --- | --- |
| P38304 | Gary | Kasenow | Northville | MI |
| P48261 | Gary | Dryer | Dorr | MI |
| P16555 | George | Lennon | Portage | MI |
| P23150 | George | Shaw | Bay City | MI |
| P27373 | George | Joachim | Algonac | MI |
| P42136 | George | Peters | Auburn Hills | MI |
| P13735 | Gilbert | Frimet | Southfield | MI |
| P51971 | Gilder | Jackson | Farmington Hills | MI |
| P62440 | Greg | Everly | Troy | MI |
| P40536 | Gregory | Sweda | Bloomfield Hills | MI |
| P78135 | Gregory | Gudin | Plantation | FL |
| P56245 | Guy | Clark | Westland | MI |
| P50944 | Gwendolyn | Cook-Jones | Redford | MI |
| P10571 | Harry | Beach | Otsego | MI |
| P60057 | Heather | Gallavan | Henrico | VA |
| P55445 | Heidi | Pemberton | Boston | MA |
| P51351 | I. | Miller | Southfield | MI |
| P63949 | J. | McGraw | Lake | MI |
| P63905 | Jacob | Pitre | Cibolo | TX |
| P80725 | Jaime | Nelson | Lansing | MI |
| P11110 | James | Brady | Grand Rapids | MI |
| P11444 | James | Burr | Grand Rapids | MI |
| P86150 | James | Carter | Detroit | MI |
| P14233 | James | Goulding | Saint Clair Shores | MI |
| P18939 | James | Plastow | Palm City | FL |
| P22436 | James | Wines | Tecumseh | MI |
| P28036 | James | Stuart | Troy | MI |
| P28480 | James | Dunn | Petoskey | MI |
| P30550 | James | Ross | Bryson City | NC |
| P36051 | James | Berry | Detroit | MI |
| P37771 | James | Hammersmith | Aliso Viejo | CA |
| P40131 | James | Dillon | Troy | MI |
| P46089 | James | Dottavio | Morgantown | WV |
| P60560 | James | Gregory | Johnson City | NY |
| P52719 | Janet | Nogle | Plainwell | MI |
| P74004 | Jason | Shipp | Pittsburgh | PA |
| P30636 | Jaye | Bergamini | Eaton Rapids | MI |
| P44801 | Jeanne | Murphy | Ann Arbor | MI |

| | | | | |
|---|---|---|---|---|
| P85856 | Jeffrey | Ingersoll | Rockford | MI |
| P53884 | Jeffrey | Fleury | Rochester Hills | MI |
| P78035 | Jelani | Karamoko | Detroit | MI |
| P77997 | Jeremiah | Wirgau | Rogers City | MI |
| P75630 | Jeremy | Brave-Heart | Arvada | CO |
| P64944 | Jill | Goldstein | Ann Arbor | MI |
| P86644 | Joan | Van Oss | Holland | MI |
| P39662 | Johanna | Armstrong | Naples | FL |
| P84066 | John | Patton | Chicago | IL |
| P84241 | John | McDaniel | Charleston | SC |
| P84767 | John | Brithinee | Allen Park | MI |
| P12128 | John | Conlon | Portage | MI |
| P18290 | John | Nicholson | Troy | MI |
| P18989 | John | Pomann | Belleville | MI |
| P21144 | John | Sullivan | La Salle | MI |
| P21901 | John | Waldeck | Clay | MI |
| P33285 | John | Nemazi | Bloomfield Hills | MI |
| P50953 | John | Folts | Davison | MI |
| P51948 | John | McClune | Utica | MI |
| P58065 | John | Buckert | Rochester Hills | MI |
| P68771 | John | Wilk | West Bloomfield | MI |
| P64758 | John | Buser | Northville | MI |
| P66686 | John | Bauman | San Francisco | CA |
| P61023 | Jon | Follo | Warren | MI |
| P78239 | Jon | Baloch | Walled Lake | MI |
| P27128 | Jonathan | Lowe | Bloomfield Hills | MI |
| P38732 | Jonathan | Barstow | Green Bay | WI |
| P72836 | Jonathan | Hanna | Sylvania | OH |
| P12616 | Joseph | Deeb | Wyoming | MI |
| P25022 | Joseph | McClain | Trinity | FL |
| P32787 | Joseph | Warren | Lansing | MI |
| P41018 | Joseph | Doele | Rockford | MI |
| P43547 | Joseph | Davis | Livonia | MI |
| P65340 | Joseph | Paunovich | Los Angeles | CA |
| P66485 | Joseph | Muzingo | Grosse Pointe Farms | MI |
| P73547 | Joseph | Woloszyn | Arlington | VA |
| P87264 | Joshua | George | Canton | MI |
| P64856 | Joshua | Bock | Dallas | TX |
| P79364 | Joshua | Howell | Fort Lauderdale | FL |

| | | | | |
|---|---|---|---|---|
| P82250 | Julia | Aromatorio | Southfield | MI |
| P84979 | Justin | Stevenson | Cleveland | OH |
| P31310 | K. | Hortop | Wolverine Lake | MI |
| P36585 | Karen | Livingston-Wilson | Madison | MS |
| P63189 | Karen | Humphrey | Dearborn | MI |
| P39371 | Kay | Malaney | West Bloomfield | MI |
| P24787 | Kelly | Page | Gobles | MI |
| P87166 | Kenneth | Salk | Boca Raton | FL |
| P17449 | Kenneth | McIntyre | East Lansing | MI |
| P22756 | Kenneth | Zorn | Petoskey | MI |
| P26472 | Kenneth | Mattson | Saint Clair Shores | MI |
| P32837 | Kenneth | Kotenberg | Shipman | VA |
| P34042 | Kenneth | Jordan | Canton | MI |
| P39470 | Kenneth | Hofman | Grand Rapids | MI |
| P62519 | Kenneth | Gallagher | Orlando | FL |
| P18047 | Kent | Mudie | Gowen | MI |
| P67671 | Kerry | Cahill | Bloomfield Hills | MI |
| P87281 | Kevin | Borozan | Crown Point | IN |
| P44711 | Kimberly | Bell | Detroit | MI |
| P67797 | Kimberly | Hintz | Barbourville | KY |
| P74028 | Knut | Hill | Ann Arbor | MI |
| P39550 | Kristen | Larcom | Ann Arbor | MI |
| P79398 | Kristen | Howard | Ann Arbor | MI |
| P59275 | Kristin | Binkley | Lake Oswego | OR |
| P80658 | Kristine | DeBaeke | Canton | MI |
| P78018 | Krystle | Brooks | Auburn Hills | MI |
| P26991 | Kurt | Berggren | Ann Arbor | MI |
| P76223 | Kyle | Rauschenberger | Midland | MI |
| P51915 | LaGrange | Whitmore | Southfield | MI |
| P69199 | Lanny | Fisher | Buchanan | MI |
| P82569 | Laura | McKinney | Southfield | MI |
| P85669 | Lauren | Ayoub | Denver | CO |
| P67699 | Lawanda | Spearman | Royal Oak | MI |
| P42912 | Lawrence | Williams | Detroit | MI |
| P54047 | Leah | Maguire | Superior Charter Township | MI |
| P42994 | Leonard | Baldori | Haslett | MI |
| P32318 | Leslie | Bowen | Coopersville | MI |
| P80484 | Levi | Smith | | |

| P75064 | Lindsey | Read-Smith | Shepherd | MI |
|---|---|---|---|---|
| P48502 | Lorna | Beard | Lansing | MI |
| P57087 | Lorraine | Shalhoub | Windsor | ON |
| P63001 | Lucius | Vassar | Detroit | MI |
| P75413 | Luke | Schmerberg | Saline | MI |
| P46216 | Lynette | Erickson | Carney | MI |
| P26728 | M. | Esmay | Lansing | MI |
| P30988 | Malcolm | Earhart | Kalamazoo | MI |
| P39795 | Marcia | Ledford | Pahoa | HI |
| P60336 | Marco | DeSanto | New York | NY |
| P37284 | Margie | Braxton | Detroit | MI |
| P74671 | Maria | VanHees | Sheridan | WY |
| P25399 | Marilyn | Simonsen | Scottsdale | AZ |
| P25377 | Mark | Jakubiak | Kewadin | MI |
| P37768 | Mark | Erickson | Troy | MI |
| P40978 | Mark | Vermeer | Rockford | MI |
| P75162 | Mark | Wheeler | Montgomery | AL |
| P48723 | Marla | Zwas | Livonia | MI |
| P27296 | Marshall | MacFarlane | Linden | MI |
| P63616 | Marta | Van Loon | Sacramento | CA |
| P42513 | Mary | Wright | WATERFORD | MI |
| P68958 | Matthew | Quick | Lake Bluff | IL |
| P10806 | Maurice | Binkow | Ann Arbor | MI |
| P76910 | Melia | Arnett-Archie | Fort Lauderdale | FL |
| P82910 | Michael | Leto | Spokane | WA |
| P84355 | Michael | O'Brien | Newport Beach | CA |
| P85934 | Michael | Hultquist | Chicago | IL |
| P15416 | Michael | Jaffe | West Bloomfield | MI |
| P20938 | Michael | Stefani | Lake Angelus | MI |
| P24071 | Michael | Holmes | Lansing | MI |
| P25630 | Michael | Turner | Emeryville | CA |
| P25974 | Michael | Billmeyer | Allen Park | MI |
| P27480 | Michael | Bank | Bloomfield Hills | MI |
| P31705 | Michael | Perkins | Flint | MI |
| P35753 | Michael | Rex | Bloomfield Hills | MI |
| P44803 | Michael | Zychowicz | Toledo | OH |
| P55659 | Michael | Wernette | Bingham Farms | MI |
| P64738 | Michael | Melfi | Atlanta | GA |
| P71345 | Michael | King | Grand Rapids | MI |

| P72338 | Michael | Schwartz | Ann Arbor | MI |
|---|---|---|---|---|
| P74523 | Michael | Hedke | Toledo | OH |
| P73384 | Michael | Weisenbach | Saint Louis | MO |
| P79057 | Michael | Flynn | Denver | CO |
| P60546 | Michelle | Potter | Boston | MA |
| P61788 | Mimi | Moon | Chicago | IL |
| P85716 | Misti | Mosteller | Dallas | TX |
| P80023 | Mohamed | Chaytou | Dearborn | MI |
| P86980 | Monte | Jackson | Lansing | MI |
| P12067 | Morgan | Collins | Union Gap | WA |
| P40102 | Morris | Levin | Farmington Hills | MI |
| P86027 | Nancy | Garber | Ann Arbor | MI |
| P42547 | Nancy | Farnam | Bloomfield Hills | MI |
| P44713 | Nancy | Mullett | Grand Rapids | MI |
| P85778 | Nara | Gonczigsuren Orantes | Detroit | MI |
| P86939 | Natalie | Unger | Decatur | GA |
| P83249 | Nathan | Lutz | Grand Rapids | MI |
| P80129 | Nemer | Baki | Lansing | MI |
| P78351 | Nicola | Hawatmeh | Washington | DC |
| P70977 | Nicole | Wilczynski | Export | PA |
| PL1074 | Ninon | Casillas Ahmann | Troy | MI |
| P87477 | Noah | Klinsky | Brentwood | TN |
| P84462 | Olivia | Dresevic | Tampa | FL |
| P57870 | Patricia | Gravel-Henkel | Ann Arbor | MI |
| P66989 | Patricia | Porter | Detroit | MI |
| P12008 | Paul | Coffey | Bingham Farms | MI |
| P15449 | Paul | Jansen | Northville | MI |
| P22994 | Paul | Faulkner | Huntington Woods | MI |
| P42041 | Paul | Callen | Washington | DC |
| P73765 | Paul | Hesselgrave | Highlands Ranch | CO |
| P80874 | Paula | Givens | Goodson | MO |
| P71361 | Pennie | Johnson | Grand Haven | MI |
| P86029 | Philip | Henderson | Detroit | MI |
| P26366 | Philip | Dwyer | Okemos | MI |
| P37081 | Philip | Erickson | Lansing | MI |
| P77323 | Qiana | Rivers | West Bloomfield | MI |
| P82281 | Rachel | Cash | Durham | NC |
| P44831 | Ralph | Collins | Grand Blanc | MI |

| P83328 | Randy | McDonald | Rockville | MD |
| --- | --- | --- | --- | --- |
| P61626 | Reagan | Davis | Plymouth | MI |
| P82200 | Rebeca | Ontiveros-Chavez | Ypsilanti | MI |
| P69966 | Rebecca | Adams | Artesia | NM |
| P85249 | Reed | Darsey | Demopolis | AL |
| P62710 | Renae | Cubbin | Chicago | IL |
| P17120 | Richard | Marsh | Ann Arbor | MI |
| P22263 | Richard | White | Orion | MI |
| P24748 | Richard | Morgan | South Bend | IN |
| P36727 | Richard | McHugh | Dexter | MI |
| P62829 | Richard | Convertino | Ann Arbor | MI |
| P80980 | Richard | Dorfman | Boca Raton | FL |
| P83329 | Rick | Hansen | Kamas | UT |
| P86872 | Rikki | Mays-Reak | Saginaw | MI |
| P81833 | Robert | Morgan | Chicago | IL |
| P11009 | Robert | Borduin | Jacksonville | FL |
| P18653 | Robert | Parker | Howell | MI |
| P27829 | Robert | Cleary | Troy | MI |
| P28443 | Robert | Bellgowan | Saint Johns | MI |
| P32493 | Robert | Bachteal | Grosse Pointe Park | MI |
| P32915 | Robert | Grant | Northville | MI |
| P41697 | Robert | Cohen | Dearborn | MI |
| P42089 | Robert | Hamilton | Holland | MI |
| P51479 | Robert | Mertz | Saginaw | MI |
| P41369 | Roberta | Russ | West Bloomfield | MI |
| P11940 | Ronald | Clark | Newaygo | MI |
| P40332 | Ronald | Betman | Chicago | IL |
| P69446 | Ronald | Ferrebee | Commerce Township | MI |
| P49253 | Roseline | Rowan | Okemos | MI |
| P34924 | Roy | Brandes | Hillsdale | MI |
| P43147 | Roy | Birnbaum | Allentown | PA |
| P70786 | Russel | Church | Bath | MI |
| P86229 | Ryan | Misiak | Shelby Township | MI |
| P73029 | Ryan | Manthey | Bloomfield Hills | MI |
| P69575 | Sadia | Shakir | Canton | MI |
| P73649 | Salmaan | Quaders | Bloomfield Hills | MI |
| P80562 | Samantha | Ezrol | Washington | DC |
| P23751 | Samuel | Behringer | Grosse Pointe Farms | MI |
| P83610 | Sean | Bukowski | Austin | TX |

| P47648 | Sean | Kennedy | Jackson | MI |
|---|---|---|---|---|
| P80224 | Shanti | Tharayil | Los Angeles | CA |
| P79301 | Shari | Graham | Washington | DC |
| P40722 | Sharna | Hatcher | Troy | MI |
| P72660 | Sheena | Eastman | Hilliard | OH |
| P67786 | Sheri | Roberts | Naples | FL |
| P64120 | Sherri | Wilcox | Snellville | GA |
| P55116 | Sherry | Cochran | Novi | MI |
| P31299 | Shirley | Whitsitt | Sebring | FL |
| P34782 | Shirley | Johnson | Sterling Heights | MI |
| P72764 | Stacy | White | Romulus | MI |
| P55260 | Stanette | Amy | Burton | MI |
| P13744 | Stanley | Frontczak | Hamtramck | MI |
| P16007 | Stanley | Kirk | Detroit | MI |
| P65473 | Stanley | Staniszewski | Clinton Township | MI |
| P22789 | Stephen | Washington | Canton | MI |
| P23598 | Stephen | Davis | Escanaba | MI |
| P86469 | Susan | Chase | Ann Arbor | MI |
| P75606 | Susan | Pifer | Holt | MI |
| P77337 | Sylvia | Dabish | Farmington Hills | MI |
| P86059 | Tanjeet | Dhillon | Cleveland | OH |
| P70515 | Tenecia | Ross | Kalamazoo | MI |
| P82138 | Teresa | Womble | Wyoming | MI |
| P32161 | Terrie | Bullinger | Grand Rapids | MI |
| P24128 | Terry | Shaw | Shelby | MI |
| P25182 | Terry | Hoeksema | Grand Rapids | MI |
| P84406 | Thecla | Bethel | West Bloomfield | MI |
| P17532 | Thomas | McNally | Birmingham | MI |
| P22621 | Thomas | Yeotis | Flint | MI |
| P34763 | Thomas | Wenzel | Livonia | MI |
| P52970 | Thomas | McKiernan | Falls Church | VA |
| P53874 | Thomas | Burke | Ann Arbor | MI |
| P78167 | Tiffany | Robinson | Oregon | OH |
| P33170 | Timothy | Van Wingen | Caledonia | MI |
| P61099 | Timothy | Bogle | West Bloomfield | MI |
| P60192 | Todd | Mortlock | Farmington Hills | MI |
| P63971 | Todd | Rathbun | Grosse Pointe Woods | MI |

| | | | | |
|---|---|---|---|---|
| P46392 | Tracey | Hampton-Yarborough | Lansing | MI |
| P72433 | Venar | Ayar | Farmington Hills | MI |
| P44329 | Vicky | Howell | Manor | TX |
| P34019 | Wallace | Long | Troy | MI |
| P25882 | Walter | Bedell | Central Lake | MI |
| P37821 | Wayne | Brown | Augusta | GA |
| P26705 | Wendell | Bailey | Detroit | MI |
| P17310 | William | McClintic | Mount Pleasant | MI |
| P35559 | William | Dahling | Riverside | CA |
| P43186 | William | Miller | Oakley | IL |
| P79273 | William | Butler | Chicago | IL |
| P80304 | William | Reminga | Grand Rapids | MI |
| P15489 | Wm | Jenness | Lansing | MI |
| P86833 | Yassmen | Sobh | Dearborn | MI |
| P64422 | Yvonne | Briley-Wilson | Brookeville | MD |
| P83116 | Zanah | Ghalawanji | Washington | DC |